NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael A. Sherman, Esq. (SBN 94783)
Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA  91403
Telephone: (818) 444-4500

ATTORNEY(S) FOR: Plaintiff PersonalWeb Technologies, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PERSONALWEB TECHNOLOGIES, LLC., a Texas limited liability company and LEVEL 3 COMMUNICATIONS, LLC., a Delaware limited liability company

Plaintiff(s),

v.

TWITCH INTERACTIVE, INC., a Delaware corporation

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 3-15)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned, counsel of record for __Plaintiff PersonalWeb Technologies, LLC__ or party appearing in pro per, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company | PLAINTIFF |
| Eurocapital Business Development, LLC | Member |
| SAM Venture Partners | Member |
| PersonalWeb, Inc. | Member |
| Kinetech, Inc. | Member |
| Topodia Limited | Member |
| LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company | PLAINTIFF |
| Level 3 Financing, Inc. | Parent |
| CenturyLink, Inc. | Holding Company |

09/12/2018
Date

/s/ Michael A. Sherman
Signature
Attorney for Plaintiff PersonalWeb Technologies, LLC.

Attorney of record for (or name of party appearing in pro per):

_____

**NOTICE OF INTERESTED PARTIES**