```
1  J. DAVID HADDEN (CSB No. 176148)
   dhadden@fenwick.com
2  SAINA S. SHAMILOV (CSB No. 215636)
   sshamilov@fenwick.com
3  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
4  PHILLIP J. HAACK (CSB No. 262060)
   phaack@fenwick.com
5  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
6  THOMAS J. FOX (CSB NO. 322938)
   tfox@fenwick.com
7  FENWICK & WEST LLP
   Silicon Valley Center
8  801 California Street
   Mountain View, CA  94041
9  Telephone:    650.988.8500
   Facsimile:    650.938.5200
10
   SHANNON E. TURNER (CSB No. 310121)
11 sturner@fenwick.com
   FENWICK & WEST LLP
12 555 California Street, 12th Floor
   San Francisco, CA  94104
13 Telephone:    415.875.2300
   Facsimile:    415.281.1350
14
   Attorneys for Twitch Interactive, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | Case No.: 5:18-cv-05619-BLF <br><br> **NOTICE OF APPEARANCE OF SHANNON E. TURNER** |

1  Pursuant to Civil L.R. 5-1 (c)(2), Shannon E. Turner of the law firm of Fenwick and West LLP hereby enters her appearance in this action on behalf of Defendant Twitch Interactive, Inc. The email addresses for Shannon E. Turner are sturner@fenwick.com and tboomer@fenwick.com.

Dated: August 8, 2019

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Shannon E. Turner*
    Shannon E. Turner
    Attorney for Defendant
    TWITCH INTERACTIVE, INC.