MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@ stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STANLEY H. THOMPSON, JR. (SBN 198825)
sthompson@stubbsalderton.com
VIVIANA B. HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:      (818) 444-4500
Facsimile:      (818) 444-4520

THEODORE S. MACEIKO (SBN 150211)
ted@maceikoip.com
MACEIKO IP
420 2nd Street
Manhattan Beach, CA  90266
Telephone: (310) 545-3311
Facsimile: (310) 545-3344

Attorneys for PERSONALWEB
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF-SVK** |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC. a Delaware corporation,<br>Defendant. | **CASE NO.: 5:18-CV-05619-BLF-SVK**<br><br>**[PROPOSED] ORDER GRANTING PERSONALWEB TECHNOLOGIES, LLC'S MOTION TO COMPEL TWITCH INTERACTIVE, INC. TO PROVIDE FURTHER SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Trial Date: March 16, 2020 |

1  Having considered the joint statement on the motion by PersonalWeb Technologies, LLC to
2  compel Twitch Interactive, Inc. to provide further documents in response to Requests for Production,
3  **IT IS HEREBY ORDERED THAT** all relief requested by PersonalWeb Technologies, LLC in the
4  joint statement is hereby **GRANTED**, and the Court hereby **ORDERS** as follows:
5  Twitch Interactive, Inc. shall supplement its responses to Requests for Production Nos. 7-8,
6  12-14, 16-17, 26, 28, 33-34, 43, 45, 62, 72, 77-78, 84-86, 89, 93, 98, 110-112, and 115 by producing
7  all responsive documents reasonably available to Twitch Interactive, Inc. within seven days of this
8  Order.
9  **IT IS SO ORDERED.**
10
11  DATED: _____          _____
                                              Honorable Susan van Keulen
12                                            United States Magistrate Judge

1

**[PROPOSED] ORDER GRANTING MOTION**          **CASE NO: 5:18-md-02834-BLF-SVK**
**TO COMPEL TWITCH TO PROVIDE RESPONSES**     **CASE NO. 5:18-cv-05619-BLF-SVK**
**TO REQUEST FOR PRODUCTION OF DOCUMENTS**